RECEIVED
IN ALEXANDRIA, LA
APR 3 0 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| LARRY ROBERTS<br>FED. REG. #05654-078 | CIVIL ACTION NO. 09-0449 |
| VS. | SECTION P |
| | JUDGE TRIMBLE |
| WARDEN JOE P. YOUNG | MAGISTRATE JUDGE KAY |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 30th day of April, 2010.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE